Name and address:
John R. Clifford (SBN 124203)
Marty B. Ready (SBN 239135)
Wilson Elser Moskowitz Edelman & Dicker, LLP
401 West A Street, Suite 1900
San Diego, CA  92101
john.clifford@wilsonelser.com / marty.ready@wilsonelser.com
T:  (619) 321-6200;  F:  (619) 321-6201
Attorneys for Defendant, Apple Tree International Corp.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P Imports LLC, a California limited liability company,<br><br>v.<br>PLAINTIFF(S) | CASE NUMBER:<br><br>8:18-cv-01542-AG-ADS |
| APPLE TREE INTERNATIONAL CORP., and DOES 1-10 inclusive,<br><br>DEFENDANT(S) | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party.  In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record.  In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Ronald P. Oines                                                    CA Bar Number: 145016

Firm or agency:  Rutan & Tucker, LLP

Address:  611 Anton Boulevard, 14th Floor, Costa Mesa, California 92626

Telephone Number:  (714) 662-4680                  Fax Number:

E-mail: roines@rutan.com

Counsel of record for the following party or parties:   APPLE TREE INTERNATIONAL CORP.

Other members of the same firm or agency also seeking to withdraw:  Seth M. Jesse (SBN 310983)

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Marty B. Ready                                    CA Bar Number: 239135

Firm or agency: Wilson Elser Moskowitz Edelman & Dicker, LLP

Address: 401 West A Street, Suite 1900, San Diego, California 92101

Telephone Number: (619) 321-6200                        Fax Number: (619) 321-6201

E-mail: marty.ready@wilsonelser.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 2/8/19                    Signature: _____
                                Name: Ronald P. Oines

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 2/8/19                    Signature: _____
                                Name: Marty B. Ready

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 2/8/19                    Signature: _____
                                Name: Simon Xiao
                                Title: CFO, Apple Tree International Corp.

1  JOHN R. CLIFFORD, ESQ. (SBN 124203)
   MARTY B. READY, ESQ. (SBN 239135)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  401 West A Street, Suite 1900
   San Diego, CA 92101
4  Telephone: (619) 321-6200
   Facsimile: (619) 321-6201
5  Email: john.clifford@wilsonelser.com
          marty.ready@wilsonelser.com
6
   Attorneys for Defendant
7  Apple Tree International Corp.

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | P&P IMPORTS, LLC, a California | Case No. 8:18-cv-01542 AG (KESx)
   | Limited Liability Corporation,  |
13 |                                 | **CERTIFICATE OF SERVICE**
   |        Plaintiff,               |
14 |                                 | Judge:      Hon. Andrew J. Guilford
   | vs.                             | Location:   Courtroom 10D
15 |                                 |
   | APPLE TREE INTERNATIONAL        | Magistrate: Hon. Karen E. Scott
16 | CORP. and Does 1-10 Inclusive,  | Location:   6D
17 |        Defendants.              |

18

19     I, the undersigned, am employed in the county of San Diego, State of

20 California. I am over the age of 18 and not a party to the within action; my business

21 address is 401 West A Street, Suite 1900, San Diego, California, 92101.

22     On February 8, 2019, I caused to be served the following document(s):

23
   **REQUEST FOR SUBSTITUTION OF COUNSEL**
24
   ///
25
   ///
26
   ///
27
   ///
28

                                      1
1936283v.1

1 ☒ **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

| Attorneys for Plaintiff P&P Imports LLC | William E. Levin, Esq.<br>Steven M. Dicterow, Esq.<br>Levin & Dicterow<br>668 N Coast Hwy # 1264<br>Laguna Beach, CA 92651-1513<br>Tel: (949) 613-5131<br>Fax: (949) 607-5004<br>Email: williamlevin@hotmail.com<br>steve.dicterow@levinanddicterow.com |
|---|---|

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on February 8, 2019, at San Diego, California.

_____
Irene Gonzales